UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JORDAN ISAIAH MAURICE WATTS,

        Petitioner,               Case No. 1:25-cv-167

v.                                   Honorable Phillip J. Green

RICHARD FULLER,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  February 28, 2025                /s/ Phillip J. Green
                                                            PHILLIP J. GREEN
                                                            United States Magistrate Judge