UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JORDAN ISAIAH MAURICE WATTS,

          Petitioner,                  Case No. 1:25-cv-167

v.                                       Honorable Phillip J. Green

RICHARD FULLER,

          Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for lack of exhaustion of available state-court remedies.


Dated:  February 28, 2025                /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      United States Magistrate Judge